IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTHA W. WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv850-WC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On June 20, 2008, Plaintiff filed an unopposed Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) (Doc. #20). Plaintiff requests a ninety-day extension of time in which to file a motion for attorney's fees. The ninety-day period would begin after Plaintiff receives notice of any award of past-due benefits. The Court construes the motion as a Motion for an Extension of Time. Accordingly, it is

ORDERED that the Motion (Doc. #20) is GRANTED IN PART and DENIED IN PART. The Court will not amend the Judgment (Doc. #19) entered in this case, but grants Plaintiff the requested extension of time.

DONE this 23rd day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE